UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT WILLIAM CLEWIS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | NO.   C05-5129JET<br>        CR98-5070JET<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion under Fed.R.Civ.P. 60(b) for Reconsideration of this Court's order denying Defendant's Motion for Writ of Error *Audita Querela*, or in the Alternative Notice of Appeal.

Having considered the entirety of the records and file herein, it is hereby

ORDERED that Defendant's Motion for Reconsideration is properly construed as a second or successive §2255 petition. Defendant has not obtained prior authorization from the Ninth Circuit Court of Appeals to file a second or successive motion. Accordingly, Defendant's motion is DISMISSED for want of jurisdiction.

- 1

IT IS SO ORDERED.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 29th day of September, 2005.

/s JACK E. TANNER
_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2